IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

*[stamped: RECEIVED 2007 DEC 26 P 4: 11 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:07cr326-WC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| MARIA ISABEL SAMMUR | ) | INFORMATION |

The United States Attorney charges that:

On or about the 30th of August 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, MARIA ISABEL SAMMUR did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: a box of Elizabeth Arden face cream, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Kent B. Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*/s/ Emily M. Ruisanchez*
EMILY M. RUISANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 6:40 P.M., August 30th, 2007, Linda Scott, a PX security employee, observed a woman conceal a box of face cream in her purse. Mrs. Scott detained the woman until my arrival. I made contact with Mrs. Scott and viewed the video tape which revealed the woman, later identified as MARIA ISABEL SAMMUR, conceal a box of Elizabeth Arden face cream and place it into her purse. The SAMMUR left the store without rendering proper payment for the items. The MARIA ISABEL SAMMUR was apprehended and transported to the MP Station for further processing and the item was later returned to the PX.

LARRY CHARLES OCKLETREE, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 6 day of Nov 2007.

NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS