# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

DATE: 3/11/08

DIGITAL RECORDING: 10:51 - 10:52

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **WALLACE CAPEL, JR**   DEPUTY CLERK: Wanda A. Robinson

CASE NO. 1:07cr326-WC     DEFT. NAME: Maria Isabel Sammur

USA: Emily Maria Ruisanchez     ATTY: _____

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant _____ does ___ does NOT need an interpreter; NAME _____

- ☐ Kars.    Date of Arrest _____ or    karsr 5
- ☐ kia.    Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS;  ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted    ORAL ORDER appointing Federal Defender  -  **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's WRITTEN Motion for Detention Hrg. filed.
- ☐    DETENTION HRG ☐ held; ☐ set for _____; ☐ Prelim. Hrg ☐ Set for _____
- ☐ kotempdtn.    ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.    ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $ _____ Deft released (kloc LR)
     ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE**. Defendant **HELD**. Plea of **NOT GUILTY** entered.
     ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED
     Trial Term _____; ☐ PRETRIAL CONFERENCE DATE: _____
     DISCOVERY DISCLOSURES DATE: _____
- ☐ Krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ☐ Kwvspt    Waiver of Speedy Trial Act Rights Executed.

*Motion to Continue*
*Motion Granted*