IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:07cr326-WC |
| ) | |
| MARIA ISABEL SAMMUR ) | |

### ORDER

An oral order was issued in this case on March 11, 2008 granting the Government's oral motion to continue the arraignment for defendant Maria Isabel Sammur. For good cause, it is

ORDERED that this written order serve as a follow up to the oral order resetting the arraignment for this defendant for May 13, 2008 at 10:00 a.m. at Soldier Service Center, Building 5700, Ft. Rucker, Alabama.

DONE this 17th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE