IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR CASE NO: 1:07cr326-WC |
| ) | |
| MARIA ISABEL SAMMUR ) | |

**ORDER**

For good cause, it is

ORDERED that Jury selection in this case is set before United States District Judge W. Keith Watkins in Dothan, AL on September 22, 2008 at 10:00 a.m. with trial to begin thereafter before the undersigned. Any requested voir dire questions and jury instructions are to be filed not later than one week before jury selection. Counsel for the parties shall file a joint status report by September 15, 2008.

DONE this 2nd day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE